PER CURIAM.
We find no abuse of discretion in the special master’s awards, adopted by the court, of permanent alimony and attorney’s fees to the appellee-wife. See Canakaris v. Canakaris, 382 So.2d 1197 (Fla. 1980); Rosenberg v. Rosenberg, 371 So.2d 672 (Fla. 1979), adopting dissenting opinion, 352 So.2d 867 (Fla. 3d DCA 1977); Herzog v. Herzog, 346 So.2d 56 (Fla. 1977); Shaw v. Shaw, 334 So.2d 13 (Fla. 1976); Creel v. Creel, 378 So.2d 1251, 1252-53 (Fla. 3d DCA 1979); Smith v. Smith, 378 So.2d 11 (Fla. 3d DCA 1979); Adams v. Adams, 376 So.2d 1204 (Fla. 3d DCA 1979).
Affirmed.